# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ROBERT HOLMES, III,

    Petitioner,

vs.

BRIAN WILLIAMS, *et al.*,

    Respondents.

Case No. 2:15-cv-01755-GMN-GWF

**ORDER**

    Petitioner Robert Holmes, III has submitted a petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2254 (ECF No. 1-2).  His application to proceed *in forma pauperis* (ECF No. 1) is granted.  His petition shall be dismissed, however, as second and successive.

    Holmes indicates on the face of his petition that he challenged the same judgment of conviction–Case No. 08C247085–in a previous action filed in this court: 2:12-cv-00354-KJD-RJJ.  In that case, this court denied the habeas petition, and the Ninth Circuit denied petitioner's request for a certificate of appealability (2:12-cv-00354-KJD-RJJ, ECF Nos. 3, 39).  This habeas petition is, therefore, a second or successive habeas corpus petition.  *Henderson v. Lampert*, 396 F.3d 1049, 1053 (9th Cir. 2005).  Petitioner was required to obtain authorization from the court of appeals before he could proceed with a second or successive petition.  28 U.S.C. § 2244(b)(3).  While petitioner acknowledges the previous petition on the face of the current petition, he does not indicate that he has obtained such authorization.  This petition is subject to dismissal as second and successive.

Reasonable jurists would not find this conclusion to be debatable or wrong, and the court will not issue a certificate of appealability.

**IT IS THEREFORE ORDERED** that petitioner's application to proceed *in forma pauperis* (ECF No. 1) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk shall **DETACH** and **FILE** the petition (ECF No. 1-2).

**IT IS FURTHER ORDERED** that the petition is **DISMISSED** with prejudice as a successive petition.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

**IT IS FURTHER ORDERED** that the Clerk shall **ENTER JUDGMENT** accordingly and close this case.

Dated this __19__ day of October, 2015.

Gloria M. Navarro, Chief Judge
United States District Court